## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| CVS PHARMACY, INC. <br><br> Movant, <br> v. <br><br> EXPRESS SCRIPTS, INC., <br><br> Respondent. | No. __ - mc - ____ |

## MOTION TO COMPEL
## PRODUCTION OF DOCUMENTS
## RESPONSIVE TO RULE 45 SUBPOENA

Pursuant to Federal Rule of Civil Procedure 45, CVS Pharmacy, Inc. ("CVS") moves to compel compliance with Request Nos. 6, 7, and 12 in a subpoena for documents served upon Express Scripts, Inc. by CVS in *Sheet Metal Workers Local No. 20 Welfare & Benefit Fund v. CVS Pharmacy, Inc.*, No. 1:16-cv-00046-S (D.R.I), and *Plumbers Welfare Fund, Local 130, U.A. v. CVS Pharmacy, Inc.*, No. 1:16-cv-00447-S (D.R.I), pending in the United States District Court for the District of Rhode Island.

The place of compliance for the subpoena is the U.S. District Court for the Eastern District of Missouri, and therefore CVS brings this Motion in this Court. This Motion is based upon the memorandum of law and supporting papers filed contemporaneously herewith, as well as the arguments of counsel and all files, records, and proceedings herein.

Dated: October 2, 2023

                              Respectfully submitted,

                              /s/ *Grant A. Geyerman*

                              William T. Burke
                              Grant A. Geyerman
                              WILLIAMS & CONNOLLY LLP
                              680 Maine Avenue, SW
                              Washington, DC 20024
                              Tel: (202) 434-5000
                              Fax: (202) 434-5029
                              wburke@wc.com
                              ggeyerman@wc.com

                              *Attorneys for CVS Pharmacy, Inc.*